IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DIANE M. ADAMS, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-1241 |
| | : | |
| U.S. POST OFFICE | : | |
| GERMANTOWN BRANCH, *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 10th day of March 2020, upon consideration of Plaintiff Diane M. Adams's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Ms. Adams's claims against the U.S. Post Office Germantown Branch and Christian Butler are **DISMISSED WITH PREJUDICE**, for the reasons stated in this Court's Memorandum

4. Ms. Adams may file an amended complaint within thirty (30) days of the date of this Order, in the event she can allege a proper basis for a FTCA claim. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Ms. Adams's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting her amended complaint, Ms. Adams should be mindful of the Court's reasons for

dismissing the claims in her initial Complaint as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court is **DIRECTED** to send Ms. Adams a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Ms. Adams may use this form to file her amended complaint if she chooses to do so.

6. If Ms. Adams fails to file an amended complaint in accordance with this Order, her case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER, J.
UNITED STATES DISTRICT JUDGE